OPINION — AG — THE AG IS IN RECEIPT OF YOUR LETTER DATED AUGUST 2, 1963 WHEREIN YOU STATE YOU HAVE RECEIVED " NUMEROUS INQUIRIES AS TO THE FORMATION OF NEW POLITICAL PARTIES IN OKLAHOMA " AND WHEREIN YOU IN EFFECT ASK THE AG TO CLARIFY THE APPLICABLE LAW SO YOU MAY PROPERLY ADVISE THE PERSON MAKING SUCH INQUIRIES. KEY WORDS: FORMATION OF NEW POLITICAL PARTIES, AFFIDAVITS CITE: OPINION NO. MARCH 1, 1948 — CARTWRIGHT, 26 O.S. 1961 6.3 [26-6.3], 26 O.S. 1961 6.2 [26-6.2] (FRED HANSEN)